August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SHAHEM BARAZI, THE BLACK STONE BUILDER, INC., AND THE BLACK
STONE MANAGEMENT, INC., Appellants

NO. 14-15-00692-CV                                V.

ZUHER SALAMEH, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on April 29, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Shahem Barazi, The Black Stone Builder, Inc., and The Black Stone Management, Inc..

We further order that mandate be issued immediately.

We further order this decision certified below for observance.